MARTIN *v.* REYNOLDS AND HAMBY ESTATE MORTGAGE COMPANY LIMITED, and *vice versa.*

COBB, J. The defendant by his plea having assumed the burden of proof, and the evidence introduced in favor of the plea failing to sustain the same, the court did not err in directing a verdict in favor of the plaintiff.
*Judgment on main bill of exceptions affirmed; cross-bill dismissed. All the Justices concurring.*

Argued June 21,—Decided July 24, 1901.

Complaint. Before Judge Estes. White superior court. December 27, 1900.

*Spencer R. Atkinson, G. S. Kytle,* and *W. A. Charters,* for Martin. *I. L. Oakes* and *H. H. Perry,* contra.